Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

S.I.R.P.R.

FILED - KZ
December 18, 2024 1:06 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by ES/12/18

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

1:24-cv-1330
Hala Y. Jarbou
U.S. District Judge

Earnest Gathing JR
and family (Gathing)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

City of Kalamazoo Public Safty
150 E Crosstown Pkwy # A
and officers (ETAL)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [ ] Yes  [x] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Earnest Gathing JR |
| Street Address | 829 N Park St |
| City and County | Kalamazoo, Kalamazoo |
| State and Zip Code | MI 49007 |
| Telephone Number | 269-929-0054 |
| E-mail Address | Juniorgathing@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Christopher Franks
- Job or Title (if known): Captain
- Street Address: 150 E Crosstown Pkwy # A
- City and County: Kalamazoo, Kalamazoo
- State and Zip Code: MI 49001
- Telephone Number: 269-488-8911
- E-mail Address (if known): KDPSRecords@kalamazoocity.org

Defendant No. 2
- Name: Dajanick Barlow
- Job or Title (if known): Officer
- Street Address: 150 E Crosstown Pkwy # A
- City and County: Kalamazoo, Kalamazoo
- State and Zip Code: MI 49001
- Telephone Number: 269-488-8911
- E-mail Address (if known): KDPSRecords@kalamazoocity.org

Defendant No. 3
- Name: David Kubacki
- Job or Title (if known): PSO
- Street Address: 150 E Crosstown Pkwy # A
- City and County: Kalamazoo, Kalamazoo
- State and Zip Code: MI 49001
- Telephone Number: 269-488-8911
- E-mail Address (if known): KDPSRecords@kalamazoocity.org

Defendant No. 4
- Name: Timothy Millard
- Job or Title (if known): Sergeant
- Street Address: 150 E Crosstown Pkwy # A
- City and County: Kalamazoo, Kalamazoo
- State and Zip Code: MI 49001
- Telephone Number: 269-488-8911
- E-mail Address (if known): KDPSRecords@kalamazoocity.org

Charles Masan
Inspector
150 E Crosstown Pkwy # A

Victor Brown
internal affairs
180 E Crosstown
Kalamazoo, Kalamazoo
269 488 8911

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

federal states 18 U.S.C. § 242, federal treaties human right, The enumeration in the Constitution

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Respectfully see attachments / too Appease the Court Respectfully and Allow the evidence to speak for the facts

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Respectfully within the enumeration These violation are egregious No I ask the Courts to great Just compenstion of the Amount of $135 million U.S.D Respectfully See attachments

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-12-24

Signature of Plaintiff: *Earnest Gathing JR*
Printed Name of Plaintiff: Earnest Gathing JR

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address